■ In the Matter of TALL TREES CONSTRUCTION CORP., Appellant, v ZONING BOARD OF APPEALS OF THE TOWN OF HUNTINGTON, Respondent. [692 NYS2d 110] —In a proceeding pursuant to CPLR article 78 to review a determination of the respondent Zoning Board of Appeals of the Town of Huntington, dated June 12, 1997, which, after a hearing, took "No Action" on the petitioner's application for an area variance, the petitioner appeals from an interlocutory judgment of the Supreme Court, Suffolk County (Cohalan, J.), which, *inter alia,* adjudged that the determination was a "nonaction" and remitted the matter to the respondent for a new vote on the petitioner's application in accordance with General Construction Law § 41.

Ordered that, on the Court's own motion, the notice of appeal is treated as an application for leave to appeal, and leave to appeal is granted (*see,* CPLR 5701 [b] [1]; [c]); and it is further,

Ordered that the interlocutory judgment is affirmed, without costs or disbursements.

The Supreme Court properly held, in reliance on this Court's decision in *Matter of Walt Whitman Game Room v Zoning Bd. of Appeals* (54 AD2d 764), that the respondent's determination dated June 12, 1997, was a "nonaction" (*see also, Matter of Hoffis v Zoning Bd. of Appeals,* 166 AD2d 850). To the extent that dicta in *Matter of Zagoreos v Conklin* (109 AD2d 281, 285) is to the contrary, it should not be followed. The petitioner's application for costs and disbursements was properly denied (*see,* Town Law § 267-c [2]).

We decide no other issue at this juncture. Bracken, J. P., Thompson, Sullivan and Friedmann, JJ., concur.